## Commonwealth *v.* Rooney, Appellant.

Submitted November 13, 1972. *Richard E. Davis,* Assistant Public Defender, for appellant; *Joseph M. Stanichak,* Assistant District Attorney, and *Joseph S.*

*Walko,* District Attorney, for Commonwealth, appellee.

Order affirmed.